KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL ALBANESE #9421
Assistant U.S. Attorney
United States Attorney's Office
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 09, 2020, 4:39 pm
CLERK OF COURT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 20-00781 KJM |
| Plaintiff, | ) <br> ) CRIMINAL COMPLAINT; AGENT <br> ) AFFIDAVIT |
| v. | ) <br> ) |
| FRANK EBLACAS III, | ) <br> ) |
| Defendant. | ) <br> ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## Possession of Firearm By a Prohibited Person (Prior Felony)
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about July 5, 2020, within the District of Hawaii, FRANK EBLACAS III, the defendant, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, a Walther P38 9mm pistol, serial number 7250a, with said firearm having been shipped and transported in interstate and foreign commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//

//

//

//

//

//

//

//

//

//

//

//

I further state that I am a Special Agent of the Department of Homeland Security, Homeland Security Investigations ("HSI"), and that this Complaint is based upon the facts set forth in the attached "Agent Affidavit," which is incorporated herein by reference.

DATED: July 9, 2020, at Hilo, Hawaii.

Ryan K. Faulkner, Special Agent
Homeland Security Investigations

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the above-named defendant committed the charged crime founds to exist by the undersigned Judicial Officer at 4:39 p.m. on July 9, 2020.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this 9th day of July, 2020, at Honolulu, Hawaii.

Kenneth J. Mansfield
United States Magistrate Judge

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 20-00781 KJM |
| ) | |
| Plaintiff, ) | AGENT AFFIDAVIT |
| ) | |
| v. ) | |
| ) | |
| FRANK EBLACAS III, ) | |
| ) | |
| Defendant. ) | |

## AGENT AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## BACKGROUND

1. I am currently employed as a Special Agent of U.S. Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"). I was formerly employed as a Police Officer with the Honolulu Police Department ("HPD") from October 1997 through February 2007. As part of my employment with HPD, I have received approximately six months of comprehensive training in general matters pertaining to law enforcement in the State of Hawaii. I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and therefore empowered by law to conduct

investigations and make arrests.

2.   As a part of my employment with HPD, I held various investigative assignments with the Narcotics/Vice Division, Crime Reduction Unit, Criminal Investigations Division, and Criminal Intelligence Unit.  Through these assignments, I obtained specific training in the recognition of various types of narcotics, and the various methods of narcotics distribution as well as different methods used to smuggle narcotics and related proceeds of narcotics trafficking without detection.

3.   I have been employed as a Special Agent with HSI for approximately thirteen (13) years.  As part of my employment with HSI, I attended approximately five and a half months of comprehensive law enforcement and investigative training at the Federal Law Enforcement Training Center ("FLETC").  This training included, but was not limited to, general investigative techniques, criminal law, immigration law, handling of evidence, narcotics detection and identification, trends in smuggling of contraband, among other topics.

4.   As a HSI Special Agent, my duties and responsibilities include investigation of possible criminal violations of narcotics trafficking (Title 21, United States Code, Section 841 *et. seq.*), the Money Laundering Control Act (Title 18, United States Code, Section 1956 *et. seq.*), firearms offenses (Title 18,

United States Code Section 922 *et. seq.*). As a former officer with HPD and current Special Agent, I have conducted and assisted in more than 300 investigations involving narcotics trafficking and firearms crimes specified above.

5. I submit this affidavit in support of a Criminal Complaint for FRANK EBLACAS III, for a violation of 18 U.S.C. §§ 922(g)(1). The information contained herein is based on my personal knowledge and my training and experience, information obtained from other law enforcement personnel, and witnesses. This affidavit is intended merely to show that there is probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter. Statements from persons or witnesses herein are not set forth verbatim but are reported here in part.

## **PROBABLE CAUSE**

6. On July 5, 2020, the Hawaii Police Department (hereinafter "Hawaii PD") received a 911 call of a suspicious individuals occupying a white Honda vehicle with no visible license plates (hereinafter "Subject Vehicle") in the parking lot of a restaurant located at 50 East Puainako Street in Hilo, Hawaii. A Hawaii PD officer conducted a field interview of three individuals seated nearby, who identified themselves as James CARVALHO (hereinafter "CARVALHO"), Frank EBLACAS III (hereinafter "EBLACAS III"), and Michelle ALMEIDA

(hereinafter "ALMEIDA"). EBLACAS III stated in relevant part that he caught a ride in the Subject Vehicle with ALMEIDA and CARVALHO to get something to eat.

7. A second Hawaii PD officer observed, while standing outside of the passenger side of the Subject Vehicle, two (2) unspent rounds of ammunition situated on the right rear passenger seat. After making this discovery, CARVALHO, ALMEIDA, and EBLACAS III were placed under arrest for State of Hawaii offenses related to the ammunition and transported to the Hilo Police Station to be processed.

8. The Subject Vehicle was subsequently towed to the Hilo Police Station and secured in a locked garage area pending the application of a State of Hawaii search warrant.

9. On July 5, 2020, State of Hawaii District Court Judge Jeffrey Hawk reviewed and approved a State of Hawaii search warrant (2020-327), authorizing the search of the Subject Vehicle.

10. On July 6, 2020, HPD officers executed the search warrant on the Subject Vehicle. Within a black backpack located in the backseat of the vehicle, officers recovered the following:

    a. One (1) Walther P38, 9mm, pistol, serial number 7250a;

  b. One (1) black zippered pouch containing a high capacity magazine;

  c. One (1) glass smoking pipe containing white frosty residue consistent with methamphetamine;

  d. A State of Hawaii Birth Certificate bearing the name "Frank EBLACAS III";

11. On July 6, 2020, HPD Detective William Brown and HPD Officer Thomas Chun-Ming conducted an audio and video-recorded interview of EBLACAS III at the Hilo Police Station. During the interview, EBLACAS III generally denied ownership of the black backpack but stated that approximately three weeks prior to this arrest, he had obtained the 9mm pistol from CARVALHO, and had kept the firearm for a day before returning it to CARVALHO. EBLACAS III stated that during the time he was in possession of the pistol, he had taken it apart, reassembled it, and then dry fired the weapon, explaining that he was really into guns. During the interview, Officer Chun-Ming showed EBLACAS III the firearm for identification purposes, and EBLACAS III explained to HPD Officer Chun-Ming the disassembly process, pointing to various parts of the pistol that he took apart. EBLACAS III provided no explanation for why his birth certificate was inside of the black backpack, but remarked, in substance, that he had been looking for it.

12. On July 6, 2020, HPD Detective Brown conducted an audio/video interview of ALMEIDA while she was in custody at the Hilo Police Station. When asked about the incident that led to their arrest, ALMEIDA stated that she was with CARVALHO and EBLACAS III. ALMEIDA stated in relevant part that EBLACAS III had the black backpack in his possession when he entered the vehicle prior to the three of them driving into Hilo to have breakfast.

13. On July 6, 2020, HPD Detective Kelly Moniz conducted an audio/video interview of CARVALHO while he was in custody at the Hilo Police Station. CARVALHO stated that he had no knowledge of any firearms or ammunition being in the vehicle but did observe EBLACAS III enter the vehicle holding a black backpack while entering the vehicle and stated that EBLACAS III was riding in the backseat of the vehicle.

14. Shortly after the above-described interview, EBLACAS III was taken Hawaii Community Correctional Center by Hawaii PD based upon the outstanding state probation warrants.

## Interstate and Foreign Nexus

15. On July 6, 2020, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Special Agent Christopher Tuitele examined the photographs of the Walther P38, 9mm, pistol, serial number 7250a seized from the backpack.

Based on his specialized interstate nexus training and experience, SA Tuitele determined that the firearm was manufactured outside the State of Hawaii. Because the firearm was manufactured outside the State of Hawaii, it was necessarily shipped or transported in interstate and/or foreign commerce.

### Convictions and Status as a Felon

16. I checked EBLACAS III's name and identifying information in the Criminal Justice System-Hawaii (CJIS-Hawaii), which revealed that EBLACAS III has three felony convictions, including a 2019 conviction in the State of Hawaii for Place to Keep (Firearm), which is a crime punishable by imprisonment for a term exceeding one year. According to court records for this conviction in the State of Hawaii, Cr. No. 3CPC-18-0000825, EBLACAS III was informed that the maximum penalty for Place to Keep (Firearm) is five years of imprisonment.

//
//
//
//
//
//
//

//

//

17.   Based on the facts described herein, I submit there is probable cause to arrest Frank EBLACAS III for violation of 18 U.S.C. §§ 922(g)(1).

FURTHER AFFIANT SAYETH NAUGHT.

Ryan K. Faulkner
Special Agent
Homeland Security Investigations

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this  9th day of July, 2020, at Honolulu, Hawaii.



Kenneth J. Mansfield
United States Magistrate Judge